■ DAVID HODO et al. v MICHAEL SERRECCHIA et al. — Motion to punish for contempt and for counsel fees denied, without costs. The direction in the order of this court, entered on April 19, 1984 (100 AD2d 807), to plaintiffs to pay two thirds of the maintenance and carrying charges was merely a condition of their remaining in the apartment. Failure to pay is not contempt, but a violation of the condition, permitting defendant Serrecchia to apply for appropriate relief, e.g., a money judgment, or eviction, or both, as said defendant may be advised. Concur — Kupferman, J. P., Ross, Asch, Silverman and Lynch, JJ.

■ In the Matter of MARTIN OZER. — Motion for reinstatement granted only to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for further investigation and for a hearing on the application. Concur — Sandler, J. P., Ross, Milonas, Kassal and Alexander, JJ.

# SECOND DEPARTMENT, JUNE, 1984

## (June 4, 1984)

■ ANTHONY ALECI, Respondent, v VIRGIE E. TINSLEY'S ENTERPRISES, INC., Appellant, et al., Defendants. — In an action to foreclose a mortgage, Virgie E. Tinsley's Enterprises, Inc., appeals from an order of the Supreme Court, Suffolk County (Corso, J.), dated November 1, 1983, which, after a traverse hearing, denied its motion pursuant to CPLR 5015 (subd [a], par 4) to vacate a judgment entered on default. ¶ Order affirmed, with costs (see *Fashion Page v Zurich Ins. Co.,* 50 NY2d 265). Mangano, J. P., Thompson, O'Connor and Boyers, JJ., concur.